JS-6

N. Nick Ebrahimian, Esq. (State Bar No. 219270)
Tiélle Shu, Esq. (State Bar No. 303085)
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd. Suite 200
Beverly Hills, California  90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001
E-mail: nebrahimian@lelawfirm.com
E-mail: tshu@lelawfirm.com

Attorneys for Plaintiff

Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Leilani E. Jones, State Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile:  (949) 851-1212

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIBA HEJAZI,<br><br>     PLAINTIFF,<br><br> vs.<br><br>CVS HEALTH; CVS RX SERVICES, INC.; CVS PHARMACY; CVS PHARMACY, INC.; CVS CAREMARK CORPORATION; CVS CAREMARK; CVS HEALTH SOLUTIONS LLC; CVS PHARMACY INC. AGENT FOR CVS RX SERVICES, INC. 050501917; LONGS DRUG STORES CALIFORNIA, LLC; LONGS DRUG STORES, LLC; and DOES 1 to 100, inclusive,<br><br><br>     DEFENDANTS. | Case No. CV 20-4796-GW-PJWx<br><br>Hon. George H. Wu<br><br>**ORDER FOR DISMISSAL WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT** |

**ORDER**

Pursuant to the parties' Joint Stipulation, and good cause appearing, the Court hereby order as follows:

1. Plaintiff's claims are dismissed with prejudice.

2. This Court retains jurisdiction pursuant to Code of Civil Procedure section 664.6 to enforce the settlement agreement between the parties.

**SO ORDERED.**

DATED:  April 29, 2021

_George H. Wu_

Hon. George H. Wu
United States District Judge